MAUSKOPF, J.

ORIGINAL

Jamal Quince
against
John Doe #1 Employed as
a police officer.

Complaint
Jury Trial Demanded

CV12 2364

POLLAK, M.J

I. Plaintiff - Jamal Quince resides at 443 Bushwick
Ave Apt2A Brooklyn, Ny 11206.
Defendant- 79th precient

RECEIVED
MAY - 7 2012
PRO SE OFFICE

II.   The Jurisdiction of the court is ~~invoked~~
pursuant to (Amend VIII)

III Statement of claim - I was chilling outside with
two of my associates in front of their house,
we decided to exit the gate. While attempting
to walk up the block the police just pick
us out ramondely an jump out the car an
told us to get up against the wall. I did'nt
understand why they stop us but they refuse
to give an explanation. They started searching
us found a bag of weed on me. So they
arrested me. when the van pulled up i got in
the back. They drove me around for about
three to four hours i guess until they felt.
they tallyed up enough of people. Then
they took us back to the precient where the
issue began. When i got there he wanted to
search me again, took me in the bathroom

told me to take everything off, i had to strip all my clothes off, everything. I was completely naked. He made me squat an cough. I felt like dang all of this cause i had one bag a weed. I felt so violated and disrespected an helpless. He told me to turn around when i did he attempted to insert his fingers into my rectum area. I turned around said yo what the hell you doing. He push me, told me to turn around when i did he elbowed me in my back. Then kick and punch me, then slamed me. I was trying to ball up to protect myself and block his hits. He then try restraint me when another officer was coming to make it look like i cause him to do that. but then the officer said stand up at this point I'm all hurt. he screaming in my face like a drill sergant "give me a reason" "give me a reason". When i left out that bathroom from being assualted. Assualted by the police for no reason because he knew he could do it and get away with it. I was injured badly i had a black eye, bruises all on the right side of my face. Bruises all over my back, arms. My lip was bleeding from the inside. Soon after that they transported me to the hospital. My ear drum right side was reptured.

Medical attention did not come on get me instead they drove me them selves. while i was throwing up in the back seat feeling really sickly. it was awful and negelience. I am putting this complaint in because i was a victim of paice brutality. An i feel my Rights was violated since they arrested me outside and during there custody. They never even read me my ramanda rights. police didn't even show or id them selves. They beat me up and assult me for no reason. I wasn't disrespectful or aggressive in no way. It's very unfair and justice needs to be serve. To many incidents is occuring. I just want some one to under stand my pain an suffering. here me out and pursue the lawful thing. This occured July 14, 2011 appormately at 5:00 pm.

IV Remedy you seek from each defendant. Money damages, pain and suffering, an medical bill. An arresting me without proper procedure precautions.

5/7/12

4/26/2012

Date

J. Quince

(718) 576-5756